UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff

v.

U.S. FISH AND WILDLIFE SERVICE, and KEN SALAZAR, Secretary of the Interior,

    Defendants,

and

SOUTHERN NEVADA WATER AUTHORITY,

    Applicant Defendant-Intervenor.

Case No. 3:10-cv-00521-ECR-RAM

~~PROPOSED~~ ORDER

Having carefully considered *Southern Nevada Water Authority's Unopposed Motion to Intervene as Defendant and Points and Authorities in Support*, the Court finds and concludes as follows:

Applicant Defendant-Intervenor Southern Nevada Water Authority ("SNWA") has, as a result of its water rights, other real property interests, and contractual rights that are the subject of this lawsuit, a sufficient interest in this lawsuit to support its request for intervention under Rule 24 of the Federal Rules of Civil Procedure, and SNWA shall be joined as an intervening defendant in this lawsuit.

Based on the foregoing findings of fact and conclusions of law, IT IS HEREBY ORDERED that:

    1.     SNWA's motion to intervene is GRANTED. SNWA shall be joined in this lawsuit as an intervening defendant.

2. SNWA's ~~Answer in Intervention shall be deemed filed with this Court as of the date of this Order.~~ shall file its Answer in Intervention within 10 days of the date of this Order.

DATED this  8th  day of  October , 2010.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted this 7th day of October, 2010.

By: /s/ *Dana Walsh*
Dana R. Walsh (Nevada Bar No. 10228)
Southern Nevada Water Authority
1001 S. Valley View Blvd. (MS #485)
Las Vegas, Nevada 89153
Tel: (702) 875-7080
Fax: (702) 862-7444
dana.walsh@snwa.com

Craig D. Galli (Utah Bar No. 5072)
Murray D. Feldman (Idaho Bar. No. 4097)
*Applications for Pro Hac Vice to be filed*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Tel: (801) 799-5842
Fax: (801) 799-5700
cgalli@hollandhart.com