KIRK B. LENHARD, ESQ., Nevada Bar No. 001437
klenhard@bhfs.com
JOSH M. REID, ESQ., Nevada Bar No. 007497
jreid@bhfs.com
ANTHONY J. DIRAIMONDO, ESQ., Nevada Bar No. 10875
adiraimondo@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Applicant for Intervention
Coyote Springs Investment, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH & WILDLIFE SERVICE, and KEN SALAZAR, Secretary of the Interior,<br><br>Defendants. | CASE NO.: 3:10-cv-00521-ECR-RAM<br><br>[     ] ORDER GRANTING COYOTE SPRINGS INVESTMENT LLC'S MOTION TO INTERVENE<br>(docket # 22) |

Applicant for Intervention Coyote Springs Investment, LLC's ("CSI") Motion to Intervene (docket # 22) has come before this Court,

Having considered CSI's filing, Plaintiff Center for Biological Diversity's Response thereto (docket # 31), and CSI's Reply thereto (docket # 32),

The Court finds that CSI has a sufficient interest in this lawsuit to support its request for intervention under Rule 24 of the Federal Rules of Civil Procedure and CSI should be joined as a defendant in this lawsuit,

Having good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that CSI's Motion to Intervene (docket # 22) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that CSI shall file its answer in intervention within ten (10) days of the date of this Order.

DATED this 7th day of December, 2010.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted and prepared by:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ Anthony J. DiRaimondo
KIRK B. LENHARD, ESQ.
Nevada Bar No. 001437
JOSH M. REID, ESQ.
Nevada Bar No. 007497
ANTHONY J. DIRAIMONDO, ESQ.
Nevada Bar No. 10875
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
*Attorneys for Applicant for Intervention*
*Coyote Springs Investment, LLC*

2