# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| | ) No. 3:10-cv-00521-ECR-RAM |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| U.S. FISH AND WILDLIFE SERVICE and KEN SALAZAR, Secretary of the Interior, | ) |
| | ) |
| Defendants. | ) |
| and | ) |
| SOUTHERN NEVADA WATER AUTHORITY and COYOTE SPRINGS INVESTMENT, LLC, | ) |
| | ) |
| Intervenor-Defendants. | ) |

This matter is before the Court on the parties' Joint Motion for Entry of Scheduling Order. After careful consideration of the parties' Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED as follows:

1. The proposed schedule contained in the parties' Motion is hereby approved and adopted as an Order of the Court.

2. Because this is an action for judicial review under the APA that does not involve the resolution of disputed issues of fact, summary judgment briefing shall proceed without the separate statements of undisputed material fact required by LR 56.1.

IT IS SO ORDERED this 12th day of January, 2011

_____
HON. EDWARD C. REED
UNITED STATES MAGISTRATE JUDGE