```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | 3:10-cv-00521-ECR-WGC |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: October 25, 2011 |
| U.S. FISH AND WILDLIFE SERVICE, and KEN SALAZAR, Secretary of the Interior, | ) | |
| Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    Plaintiff's Motion to Supplement the Record (#50) is **GRANTED** on the following basis: the administrative record shall be supplemented by the five documents identified in Plaintiff's Reply (#54) and deemed complete. Those documents are the two documents from the Assistant Secretary's office identified by Defendants in their Response (#51), and the three documents provided to Plaintiff after the Administrative Record (#41) and the Supplemental Administrative Record (#44) were filed. The parties are ordered to file these documents with the Court.

    The parties may, within twenty-one (21) days of the date of entry of this Order, file any motions for summary judgment, or amend the previously-filed motion for summary judgment if needed on the basis of this Order.


                                          LANCE S. WILSON, CLERK

                                          By         /s/
                                                  Deputy Clerk